**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Barry Jacoby MOORE, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 1, 2009.

Decided Dec. 15, 2009.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**